**MEMO ENDORSED**

TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2600 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/24/21

February 23, 2021

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

        Re:    United States v. Darren D'Anzieri
                   20 Cr. 660 (ALC)

Dear Judge Carter:

      Defendant Darren D'Anzieri ("D'Anzieri") is currently at liberty on an unsecured $100,00.00 bond that limits his travel to the Southern and Eastern District of New York, the District of New Jersey and all federal districts within the State of Pennsylvania. D'Anzieri's work now requires him to periodically travel to the District of Maryland. Additionally, his son attends college in that district. To enable him to execute his duties at work and to visit his son on regular basis, defendant respectfully requests that he be permitted to travel to the District of Maryland for employment purposes or to visit his son with prior permission from Pretrial Services ("Pretrial"). The government, by Assistant Unites States Attorney David Felton, consents, and Pretrial, by United States Pretrial Officer Lea Harmon, does not object, to this application.

      Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:    AUSA David Felton (by ECF)
        USPTO Lea Harmon (by email)

The application is **granted**.
So Ordered.

*[signature]* 2/24/21