**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MEMO ENDORSED

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

June 8, 2021

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-10-21

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re: United States v. Darren D'Anzieri
20 Cr. 660 (ALC)

Dear Judge Carter:

Defendant Darren D'Anzieri ("D'Anzieri") is currently at liberty on an unsecured $100,00.00 bond that limits his travel to the Southern and Eastern District of New York, the District of New Jersey, the District of Maryland and all federal districts within the State of Pennsylvania. By this letter, D'Anzieri respectfully requests permission to travel to Ft. Lauderdale, Florida from June 29, 2021 through July 2, 2021T to visit with family. A prerequisite for this travel will be providing Pretrial Services and the government with a detailed itinerary prior to departure. The government, by Assistant Unites States Attorney Samuel Raymond, and Pretrial Services, by United States Pretrial Officer Robert Hyde, do not object, to this application.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc: AUSA David Felton (by ECF)
AUSA Samuel Raymond (by ECF)
USPTO Robert Hyde (by email)

The application is granted.
So Ordered.
*Andrew L. Carter*
6-10-21