**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MEMO ENDORSED

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

October 25, 2021

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. Darren D'Anzieri
      20 Cr. 660 (ALC)

Dear Judge Carter:

      Defendant Darren D'Anzieri ("D'Anzieri") is currently at liberty on an unsecured $100,00.00 bond that limits his travel to the Southern and Eastern District of New York, the District of New Jersey, the District of Maryland and all federal districts within the State of Pennsylvania. Recently, D'Anzieri was informed by his employer that he will be required to travel to areas that are outside these areas of permissible travel with little notice to perform his job. This lack of notice renders obtaining prior permission from the Court to travel impactable. For this reason, D'Anzieri respectfully requests that his travel restriction be modified to permit travel within the continental United States with prior permission from Pretrial Services. Defendant has been on bond for nearly eleven months and his supervising officer, United States Pretrial Officer Robert Hyde for the District of New Jersey, reports that he has been fully compliant with all conditions of his release. Pretrial Services in this District, by United States Pretrial Officer Lea Harmon, does not object to this application and the government, by Assistant Unites States Attorney Samuel Raymond, defers to Pretrial Services.

      Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA David Felton (by ECF)
      AUSA Samuel Raymond (by ECF)
      USPTO Robert Hyde (by email)
      USPTO Lea Harmon (by email)

The application is ✓ granted.
_____ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: November 2, 2021
NY, New York