**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/20/22

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

May 19, 2022

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

          Re:    United States v. Darren D'Anzieri
                   20 Cr. 660 (ALC)

Dear Judge Carter:

       Defendant Darren D'Anzieri ("D'Anzieri") has been at liberty since December 10, 2020, on an unsecured $100,00.00 bond that limits his travel to the Southern and Eastern District of New York, the District of New Jersey, the District of Maryland and all federal districts within the State of Pennsylvania. He has been fully complaint with the conditions of release. By this letter, D'Anzieri respectfully requests permission to travel with his wife to Greece from July 25, 2022 to August 4, 2022. Danzieri also respectfully requests that, in the event this motion is granted, that the Court also permit him to obtain his passport from Pretrial Services ("PTS") to enable this travel. A prerequisite for this travel will be providing PTS and the government with a detailed itinerary prior to departure. The government, by Assistant United States Attorney Samuel Raymond, does not object,to this application and PTS, as is its policy regarding international travel, by United States Pretrial Officer Lea Harmon, takes no position.

       Thank you for Your Honor's consideration of these requests.

                                Very truly yours,

                                *Sanford Talkin*
                                Sanford Talkin

cc:    AUSA David Felton (by ECF)
       AUSA Samuel Raymond (by ECF)
       USPTO Robert Hyde (by email)
       USPTO Lea Harmon (by email)

The application is **GRANTED.**
So Ordered.

*Andrew L. Carter, Jr.*
5/20/22