**MEMO ENDORSED**

**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/27/22

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

September 20, 2022

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re: United States v. Darren D'Anzieri
20 Cr. 660 (ALC)

Dear Judge Carter:

As the Court is aware, defendant Darren D'Anzieri ("D'Anzieri") entered into a Deferred Prosecution Agreement ("DPA") with the government on June 9, 2022 (a copy of the DPA is attached as Exhibit A for the Court's convenience). The DPA supervision term has expired and D'Anzieri has fully complied (a letter confirming this compliance is attached as Exhibit B). As a result, the government is currently in the process of preparing the *nolle prosequi* paperwork. Based on these circumstances, D'Anzieri respectfully request that his bail be exonerated and that he be permitted to gather is passport from Pretrial Services. The government, by Assistant United States Attorney David Felton, consents to these applications.

Thank you for Your Honor's consideration of these requests.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc: AUSA David Felton (by ECF)
AUSA Samuel Raymond (by ECF)

The entire application is **GRANTED.**
So Ordered.

9/27/22